MOORE et al. v. FEIOCK et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Andrew F. Moore and another against Bernard Feiock, impleaded. No opinion. Judgment affirmed, with costs.

MOORE et al., Appellants, v. GERMAN-AMERICAN BANK OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Andrew F. Moore and another against the German-American Bank of Rochester. No opinion. Judgment and order affirmed, with costs.

In re MORRIS' WILL. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) In the matter of the application for the probate of the alleged will of Thomasine Morris, deceased. No opinion. Decree of surrogate affirmed, with costs.

MORRIS et al., Respondents, v. FISHER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by George Morris and others against Louis Fisher, impleaded.

PER CURIAM. Order modified by striking therefrom the following provision therein: "(2) That the striking out of the said Albert Golden as a party plaintiff herein shall be without prejudice to the defendants. If they shall succeed in obtaining a judgment against the plaintiff herein, the same may be enforced against said Golden as though he were not stricken out as a party,"—on condition that the plaintiff herein shall, within 10 days from the entry of this order, procure to be duly authorized, executed, acknowledged, filed with the clerk of the county of Monroe, and served upon defendant Fisher's attorney, a stipulation and agreement of the Title & Guaranty Company of Rochester, N. Y., consenting and agreeing to the order as so modified, and that the undertaking herein executed by it, and its liability thereunder, shall in no manner be affected by such order, and upon the further condition that the resolution of the company authorizing such waiver and agreement shall be annexed thereto, and filed and served therewith. Upon such conditions being complied with, order, as so modified, affirmed; otherwise, order reversed, with $10 costs and disbursements. All concur, except WARD, J., not voting.

MULHALL, Respondent, v. CITIZENS' BANK OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by John Mulhall against Citizens' Bank of Buffalo. No opinion. Judgment and order affirmed, with costs.

In re MULLER. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of Anna Muller, deceased. No opinion. Motion denied, with $10 costs.

MURRAY, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Anne Murray against the village of Port Jervis. No opinion.

Judgment and order unanimously affirmed, with costs, on authority of Keane v. Village of Waterford, 130 N. Y. 188, 29 N. E. 130.

NAAB, Appellant, v. STEWART, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Katherina Naab against David J. Stewart. No opinion. Motion denied. Lyon v. Railroad Co., 142 N. Y. 298, 37 N. E. 113. See 52 N. Y. Supp. 1094.

NASSAU BANK, Appellant, v. NATIONAL BANK OF NEWBURGH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by the Nassau Bank against the National Bank of Newburgh and another. No opinion. Motion for reargument denied. See 52 N. Y. Supp. 1118.

NATIONAL WALL-PAPER CO. v. SIRE. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by National Wall-Paper Company against Meyer L. Sire. No opinion. Motion granted, with $10 costs.

NEW YORK SECURITY & TRUST CO. v. SARATOGA GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by New York Security & Trust Company against Saratoga Gas & Electric Company. No opinion. Motion denied, without prejudice, with $10 costs. See 51 N. Y. Supp. 749.

NILAND, Respondent, v. GEER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Martin Niland against Walter Geer and Mary Geer. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except GOODRICH, P. J., and BARTLETT, J., who vote to reverse and grant the motion in part.

O'BRIEN et al. v. EAST RIVER BRIDGE CO. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Miles M. O'Brien and another against East River Bridge Company. No opinion. Motion to combine appeals denied, with $10 costs.

O'BRIEN et al. v. EAST RIVER BRIDGE CO. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Miles M. O'Brien and another against East River Bridge Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

ONEIDA CARRIAGE WORKS, Appellant, v. BENNITT, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Oneida Carriage Works against John Bennitt. No opinion. Judgment affirmed, with costs.

In re OPDYKE. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) In the matter of the petition of Charles E. Opdyke, Jr., for reinstatement as attorney at law.